UNITED STATES BANKRUPTCY COURT                  tmd3574/db
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                MARCH 18, 2010
                                                9:00 AM
IN RE:
                                                Chapter 13
 VAN E. JOHNSON,                                Case No: 109-49420-ESS
                        Debtor.
                                                <u>NOTICE OF MOTION</u>
------------------------------------------------------------X


            PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will
move this court before the Honorable Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United
States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, Courtroom 3585 on
MARCH 18, 2010 at 9:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant
to 11 U.S.C. Section 1307(c) for cause, dismissing this Chapter 13 case and for such other and
further relief as may seem just and proper.

            Responsive papers shall be filed with the Bankruptcy Court and served upon the
Chapter 13 Trustee, Marianne DeRosa, Esq., no later than three (3) business days prior to the
hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules
of Civil Procedure and indicate the entity submitting the response, the nature of the response and
the basis of the response.


Date:   Jericho, New York
        February 24, 2010


                                    /s/ Marianne DeRosa
                                    MARIANNE DeROSA, TRUSTEE
                                    100 JERICHO QUADRANGLE, SUITE 208
                                    JERICHO, NY  11753
                                    (516) 622-1340

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

tmd3574/db

MARCH 18, 2010
9:00 AM

-----------------------------------------------------------X

IN RE:

Chapter 13 109-49420-ESS

VAN E. JOHNSON,

APPLICATION

Debtor.

-----------------------------------------------------------X

TO THE HONORABLE ELIZABETH S. STONG, U.S. BANKRUPTCY JUDGE:

Marianne DeRosa, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on OCTOBER 27, 2009, and, thereafter, Marianne DeRosa was duly appointed and qualified as Trustee.

2. The Debtor's proposed Chapter 13 Plan, (hereafter "The Plan"), dated November 24, 2009, filed with the Court on November 25, 2009, and reflected in the Court's docket as number 15 provides for a monthly Plan payment of $500.00 per month for a period of 60 months. Additionally, the Plan provides for full repayment to all filed secured and priority proofs of claim, as well as a pro rata distribution to all timely filed general unsecured proofs of claim.

3. The Trustee objects to the confirmation of the Plan because the Debtor's proposed Plan payment is insufficient to pay secured claims in full, and therefore the Debtor cannot comply with the Plan as required by 11 U.S.C. §1325(a)(6).

4. Furthermore, the Debtor has failed to:

   a. provide the Trustee with proof of post-petition mortgage payments seven business days before the first meeting of creditors as required by E.D.N.Y. LBR 2003-1(a)(vi);

   b. provide the Trustee with proof of post-petition mortgage payments seven days before the first date set for confirmation of the Chapter 13 Plan as required by E.D.N.Y. LBR 2003-1(b)(i);

   c. file the original affidavits with the Court as required under subdivisions (b)(ii) and (iii) as required by E.D.N.Y. LBR 2003-1(c).

   d. comply with 11 U.S.C. §1325(a)(6) in that the Debtor has not submitted timely Chapter 13 plan payments to the Trustee, and is $1,000.00 in arrears through and including February 2010.

5. The Plan cannot be confirmed and as a result a delay has occurred that is prejudicial to the rights of creditors. The case must be dismissed under 11 U.S.C. §1307(c)(1) and (c)(5).

6.    Each of the foregoing constitutes cause to dismiss this Chapter 13 case within meaning of 11 U.S.C. Section 1307(c).

7.    During the pendency of this bankruptcy estate, the Trustee has incurred costs and expenses in the ordinary course of administering this case and seeks reimbursement of $350.00 to cover these expenses.

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order denying confirmation and dismissing this Chapter 13 case, and granting the Chapter 13 Trustee the sum of $350.00 to be deducted from the Debtor's net receipts, if any, for administrative costs and expenses incurred during the pendency of this case, and for such other and further relief as may seem just and proper.

Dated: Jericho, New York
February 24, 2010

/s/ *Marianne DeRosa*

Marianne DeRosa, Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X     Chapter 13 Case No: 109-49420-ESS
IN RE:

VAN E. JOHNSON,

                                           CERTIFICATE OF SERVICE
                                                BY MAIL

                           Debtor.
-----------------------------------------------------------X


        This is to certify that I, DANI M. BOYER, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

VAN E. JOHNSON
128 HOWARD AVENUE
BROOKLYN, NY 11233

KARAMVIR DAHIYA, ESQ.
325 BROADWAY, STE 304
NEW YORK, NY 10007

AMERICAS SERVICING COMPANY
C/O FEIN, SUCH & CRANE, LLP
28 EAST MAIN STREET, STE 1800
ROCHESTER, NY 14614

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVENUE, STE 1120
MIAMI, FL 33131



This February 24, 2010

/s/DANI M. BOYER
DANI M. BOYER, Paralegal
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
100 Jericho Quadrangle, Suite 208
Jericho, New York 11753
(516) 622-1340

Index No:   109-49420-ESS
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

VAN E. JOHNSON,


Debtor.

## NOTICE OF MOTION, APPLICATION
and
## CERTIFICATE OF SERVICE

MARIANNE DeROSA, TRUSTEE
100 JERICHO QUADRANGLE, SUITE 208
JERICHO, NY  11753
(516) 622-1340

revised 03/09/04